# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter **13** |
| **Cheyenne Paige Wiler** | ) | Case No. **17-68562-LRC** |
| **aka Cheyenne P Wiler** | ) | Judge **Lisa Ritchey Craig** |
| | ) | |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

Pursuant to Bankruptcy Rules 2002 and 9010, the undersigned attorney enters this Notice of Appearance on behalf of U.S. Bank National Association, as Trustee for STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-RF2, its successors or assigns (hereinafter referred to as "Creditor"), a secured creditor in the above referenced case on real property located at 4317 Round Hill Rd, Chesterfield, VA 23832. Creditor, through counsel, hereby requests that all notices to Debtor(s) or Creditors also be mailed in care of Creditor as follows:

> Shapiro Pendergast & Hasty, LLP
> 211 Perimeter Center Parkway, N.E., Suite 300
> Atlanta, GA 30346

Dated October 27, 2017

Shapiro Pendergast & Hasty, LLP


/s/Taylor S. Mansell
Taylor S. Mansell
Georgia Bar No. 940461
211 Perimeter Center Parkway, N.E.
Suite 300
Atlanta, GA 30346
Phone: 770-220-2535
Fax: 770-220-2665
gaecfnotifications@logs.com