

## IN THE UNITED STATES BANKRUPTCY COURT

Northern District Of Georgia
In RE:  In Proceedings Under
17-68562

## Debtor(s)

Cheyenne Wiler

## WITHDRAWAL OF CLAIM

Please withdraw court claim number(s) #6 in the amount of $ 1,250.32.

/s/ LeoAnn Shannon
Claim Processor

## Creditor Name & Address

Pinnacle Credit Services, LLC
c/o Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Dated:March 12, 2018

*55 Beattie Place, Ste 110, MS 127 | Greenville, South Carolina 29601 | Telephone: 864-248-8866*